**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**KAMAYA MURPHY**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**KAMAYA MURPHY,**<br><br>　　　　　Defendants. | Case No.: 2:22-CR-00124-JAD-DJA<br><br>(1ST REQUEST) |

**STIPULATION AND ORDER TO CONTINUE SENTENCING**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **KIMBERLY SOKOLICH**, and **SUPRIYA PRASAD**, Assistant United States Attorneys, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for **KAMAYA MURPHY**, that the Sentencing Hearing currently scheduled for August 9, 2023, at 10:00 a.m., be vacated and reset or a date and time convenient to the court, but not earlier than 30 days.

1. Counsel for defendant has spoken to his client and she has no objection to the request of continuance.
2. Defendant is out on pretrial release.
3. Counsel for the government does not object to the continuance.
4. Counsels needs additional time to prepare for sentencing.

5. Counsel is currently in a State murder jury trial, *State of Nevada v Ray Anderson* and anticipates to be done on Tuesday, August 8, 2023, then begins another murder jury trial the following week if it does not negotiate.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 1st request for continuance filed herein.

**DATED** this 3rd day of August 3, 2023.

/S/ Osvaldo E. Fumo, Esq.  
**OSVALDO E. FUMO, ESQ.**  
Nevada Bar No. 5956  
601 Las Vegas Blvd. South  
Las Vegas, Nevada 89101  
Attorney for Defendant  
**KAMAYA MURPHY**

/S/ Kimberly Sokolich,          .  
**KIMBERLY SOKOLICH**  
Assistant United States Attorney  
501 Las Vegas Blvd. South,  
Suite 1100  
Las Vegas, NV 89101

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**KAMAYA MURPHY**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>vs.<br><br>**KAMAYA MURPHY,**<br><br>        Defendants. | Case No.: 2:22-CR-124-JAD-DJA<br><br>(1st  REQUEST) |

**FINDINGS OF FACT**

1. Counsel for defendant has spoken to his client and she has no objection to the request of continuance.

2. Defendant is out on pretrial release.

3. Counsel for the government does not object to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Counsel is currently in a State murder jury trial, <u>State of Nevada v Ray Anderson</u> and anticipates to be done on Tuesday, August 8, 2023, then begins another murder jury trial the following week if it does not negotiate.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 1st request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for August 9, 2023, at 10:30 a.m., be continued to September 18, 2023, at 10:00 a.m.

DATED this 8th day of August, 2023.

_____
**DISTRICT COURT JUDGE**