**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
Email: kristine.fumolaw@gmail.com
Attorney for Defendant
**KAMAYA MURPHY**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No.: 2:22-CR-00124-JAD-DJA |
| Plaintiff, | (2ND REQUEST) |
| vs. | |
| **KAMAYA MURPHY,** | |
| Defendants. | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

**IT IS HEREBY STIPULATED AND AGREED**, by and between **KIMBERLY SOKOLICH**, and **SUPRIYA PRASAD**, Assistant United States Attorneys, counsel for the United States of America, and **OSVALDO E. FUMO, ESQ.**, counsel for **KAMAYA MURPHY**, that the Sentencing Hearing currently scheduled for September 18, 2023, at 10:00 a.m., be vacated and reset or a date and time convenient to the court, but not earlier than 30 days.

1. Counsel for defendant has conferred with his client and she has no objection to the request of continuance.

2. Defendant is out of custody on pretrial release.

3. Counsel for the government does not object to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Counsel's partner Thomas Pitaro recently underwent hip replacement surgery. Counsel has been covering his partners court appearances and related appointments. As a result, counsel requires additional time to meet confer and prepare for sentencing with **MS. MURPHY**.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the 2nd request for continuance filed herein.

     **DATED** this 14th day of September 2023.

| | |
|---|---|
| /S/ Osvaldo E. Fumo, Esq. | /S/ Kimberly Sokolich, . |
| **OSVALDO E. FUMO, ESQ.** | **KIMBERLY SOKOLICH** |
| Nevada Bar No. 5956 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **KAMAYA MURPHY** | |

**OSVALDO E. FUMO, ESQ.**
Nevada Bar No. 5956
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**KAMAYA MURPHY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**KAMAYA MURPHY,**

      Defendants.

Case No.: 2:22-CR-124-JAD-DJA

(2nd REQUEST)

## **FINDINGS OF FACT**

1. Counsel for defendant has spoken to his client and she has no objection to the request of continuance.

2. Defendant is out of custody on pretrial release.

3. Counsel for the government does not object to the continuance.

4. Counsels needs additional time to prepare for sentencing.

5. Counsel's partner Thomas Pitaro recently underwent hip replacement surgery. Counsel has been covering his partners court appearances and related appointments. As a result, counsel requires additional time to meet confer and prepare for sentencing with **MS. MURPHY**.

6. Denial of this request for continuance could result in a miscarriage justice.

7. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court. This is the 2nd request for continuance filed herein.

### CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

### ORDER

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for September 18, 2023, at 10:00 a.m., be continued to October 30, 2023, at 3:00 p.m.

DATED this 15th day of September, 2023.

_____
**DISTRICT COURT JUDGE**